JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MARCHESE,<br>Plaintiff,<br>vs.<br>SANTANDER CONSUMER USA, INC. dba CHRYSLER CAPITAL; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN SOLUTIONS, INC.; TRANS UNION LLC, AND DOES 1-10, inclusive,<br>Defendants. | Case No.<br>8:21-cv-00532-JLS-JDE<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties (Doc. 28), this matter is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

Dated:  August 03, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE